# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### January 22, 2014

Gaylor v. K. F. Jacobsen & Co., Inc. (S061320)(354 Or 63)(alternative writ issued). Writ of mandamus is dismissed as improvidently issued.

## BALLOT TITLE CERTIFIED

### January 30, 2014

Harmon v. Rosenblum (S061800). Petitioner's argument that the Attorney General's certified ballot title for Initiative Petition No. 29 (2014) does not comply substantially with ORS 250.035(2) to (6) is not well taken. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.